SPRINKLE IP LAW GROUP, P.C.
  Elizabeth J. Brown Fore (Bar No. 200471)
1301 West 25th Street, Suite 408
Austin, Texas 78705
Telephone: (512) 637-9220
Facsimile: (512) 371-9088
E-mail: ebrownfore@sprinklelaw.com

Attorney for Defendants
724 Solutions (US) Inc. and
724 Solutions Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>724 SOLUTIONS (US) INC., a Delaware Corporation, and<br><br>724 SOLUTIONS SOFTWARE INC., a Delaware Corporation<br><br>Defendants. | Case No.: 3:09-CV-03511-CRB<br><br>~~[PROPOSED]~~ ORDER FOR STIPULATION TO WITHDRAW DEFENDANTS 724 SOLUTIONS (US) INC.'S AND 724 SOLUTIONS SOFTWARE INC.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT<br><br>Date:   October 30, 2009<br>Time:   10:00 a.m.<br>Judge:  Hon.. Charles R. Breyer<br>Courtroom: 8 |

Defendants 724 Solutions (US) Inc. and 724 Solutions Software Inc. ("Defendants") have decided to withdraw their Motion to Dismiss, or in the Alternative, for More Definite Statement which is currently set for hearing on October 30, 2009 at 10:00 a.m. Plaintiff Openwave Systems, Inc. ("Plaintiff") has agreed to give Defendants fourteen (14) days to respond to the Complaint, making Defendants response due November 12, 2009.

It is therefore ORDERED that Defendants' Motion is hereby taken off of the Court's docket, and it is further ORDERED that Defendants have until and including November 12, 2009 to respond to Plaintiff's Complaint.

Dated: Oct. 29, 2009

_____
The Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

[PROPOSED] ORDER FOR STIPULATION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT – 3:09-cv-03511-CRB